IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA BULLARD, | : | |
| Plaintiff, | : | |
| vs. | : | CA 13-0028-KD-C |
| DOLGEN CORP., INC., | : | |
| Defendant. | | |

## ORDER

In the supplemental report of the parties' planning meeting, the parties have advised that they "do not believe that this case is one requiring any ESI discovery, other than location and reviewing emails related to the Plaintiff or any comparators identified by Plaintiff or any disciplinary records maintained in an electronic form by Defendant." (Doc. 12.) The parties further advise that any and all such relevant ESI will be produced either in "pdf" format or paper printout. (*Id*.) And although the parties make no further statement regarding the costs of production of ESI, the general tenor of the supplemental report (*see id*.) leads the undersigned to conclude that those costs will be borne by the producing party. The foregoing "agreements" are hereby incorporated into the Rule 16(b) Scheduling Order entered on April 11, 2013 (Doc. 10).

**DONE** and **ORDERED** this 26th day of April, 2013.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**